IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>MARY BOCKMAN,<br><br>                 Defendant. | **8:16-CR-86**<br><br>**ORDER ON MOTION TO DISMISS** |

This matter is before the Court on the Government's Motion to Dismiss, Filing 126, the Petition for Offender Under Supervision. Filing 116. Being duly advised in the premises, the Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss, Filing 126, is granted; and

2. The Petition for Offender Under Supervision, Filing 116, is dismissed.

Dated this 4th day of August, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge